1  BENJAMIN L. WEBSTER, Bar No. 132230
   BILLIE J. PIERCE, Bar No. 273414
2  LITTLER MENDELSON, P.C.
   500 Capitol Mall
3  Suite 2000
   Sacramento, CA  95814
4  Telephone:   916.830.7200
   Fax No.:     916.561.0828
5  bwebster@littler.com
   bpierce@littler.com
6
   Attorneys for Defendants
7  JO-ANN STORES, LLC (erroneously sued as
   JO-ANN STORES, INC. and JO-ANN FABRICS
8  AND CRAFTS), BRENT WANSTREET
   (erroneously sued as BRENT WALLSTREET), and
9  LEONARD GREEN & PARTNERS, LP

10 ALISA KHOUSADIAN, ESQ., (Bar No. 285497)
   REISNER & KING LLP
11 14724 Ventura Blvd., Suite 1210
   Sherman Oaks, California 91403
12 Phone: (818) 981-0901
   Fax: (818) 981-0902
13 alisa@reisnerlaw.com

14 Attorneys for Plaintiff
   STEVE SAGHBAZARIAN
15
                    UNITED STATES DISTRICT COURT
16
                    EASTERN DISTRICT OF CALIFORNIA
17

| STEVE SAGHBAZARIAN, | Case No.  2:15-cv-02437-JAM-CKD |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER TO REMAND REMOVED ACTION TO STATE COURT** |
| v. | |
| JO-ANN STORES, INC., a California corporation; JO-ANN FABRIC AND CRAFT, a California corporation; BRENT WALLSTREET, an individual; and DOES 1 - 100, inclusive, | Case Removed:   November 23, 2015<br>Trial Date: None Set<br>Judge:     Hon. Judge John A. Mendez |
| Defendants. | |

Firmwide:137703937.1 035955.1111

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND TO STATE COURT

1    Defendant JO-ANN STORES, LLC (erroneously sued as JO-ANN STORES, INC.
2  and JO-ANN FABRICS AND CRAFTS) and Plaintiff STEVE SAGHBAZARIAN, hereby stipulate
3  and agree through their respective counsel, as follows:
4    WHEREAS, on or around September 3, 2015, Plaintiff filed a Complaint in San
5  Joaquin County Superior Court, Case No. 34-2015-00329551-CU-WT-STK;
6    WHEREAS, on or around September 25, 2015, Plaintiff filed a First Amended
7  Complaint in San Joaquin County Superior Court;
8    WHEREAS, on or around November 23, 2015, Defendant timely removed the instant
9  action to District Court; and
10   WHEREAS, after negotiations and discussions about this case, the Parties agree to
11 the remand of this case to State Court for further proceedings subject to the stipulations set forth
12 herein.
13   THEREFORE, the Parties to the above-captioned matter hereby stipulate and agree as
14 follows:
15   1.    That the Parties' stipulation is approved;
16   2.    That the Eastern District of California Case No. 2:15-cv-02437-JAM-CKD
17 labeled *Saghbazarian v. Jo-Ann Stores Inc., et al.* is hereby remanded to Superior Court of the State
18 of California, San Joaquin County, Case No. 34-2015-00329551-CU-WT-STK;
19   3.    That a good faith basis for removal existed at the time of said removal and
20 that the Parties will therefore bear their own attorneys' fees and costs in connection with the removal
21 and this remand;
22   4.    That Defendant JO-ANN STORES, LLC will not hereafter remove this matter
23 to District Court;
24   5.    That Defendant JO-ANN STORES, LLC was Plaintiff's employer at all times
25 relevant to Plaintiff's claims as set forth in his First Amended Complaint in the Superior Court of the
26 State of California, San Joaquin County, Case No. 34-2015-00329551-CU-WT-STK;
27
28

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:137703937.1 035955.1111         2.
JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND TO STATE COURT

1      6.    That Defendant LEONARD GREEN & PARTNERS, LP and Defendant BRENT WANSTREET (erroneously sued as BRENT WALLSTREET) are hereby dismissed with prejudice;

7.    That Plaintiff will not hereafter amend his claim to add additional defendants in this matter, inclusive of substituting named defendants for Doe defendants; and

8.    That no discovery requests served in the Superior Court of the State of California, San Joaquin County, Case No. 34-2015-00329551-CU-WT-STK, prior to removal remain in effect upon remand;

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 22, 2015

/s/ *Billie J. Pierce (approved on 12/  /15)*
BENJAMIN L. WEBSTER
BILLIE J. PIERCE
LITTLER MENDELSON, P.C.
Attorneys for Defendants
JO-ANN STORES, LLC (erroneously sued as JO-ANN STORES, INC. and JO-ANN FABRICS AND CRAFTS), BRENT WANSTREET (erroneously sued as BRENT WALLSTREET), and LEONARD GREEN & PARTNERS, LP

Dated: December 22, 2015

/s/                                 *(approved on 12/  /15)*
ALISA KHOUSADIAN, ESQ.
REISNER & KING LLP
Attorneys for Plaintiff
STEVE SAGHBAZARIAN

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Firmwide:137703937.1 035955.1111    3.

JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND TO STATE COURT

**ORDER**

Good cause appearing, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. That the Parties' stipulation is approved;

2. That the Eastern District of California Case No. 2:15-cv-02437-JAM-CKD labeled *Saghbazarian v. Jo-Ann Stores Inc., et al.* is hereby remanded to Superior Court of the State of California, San Joaquin County, Case No. 34-2015-00329551-CU-WT-STK;

3. That a good faith basis for removal existed at the time of said removal and that the Parties will therefore bear their own attorneys' fees and costs in connection with the removal and this remand;

4. That Defendant JO-ANN STORES, LLC will not hereafter remove this matter to District Court;

5. That Defendant JO-ANN STORES, LLC was Plaintiff's employer at all times relevant to Plaintiff's claims as set forth in his First Amended Complaint in the Superior Court of the State of California, San Joaquin County, Case No. 34-2015-00329551-CU-WT-STK;

6. That Defendant LEONARD GREEN & PARTNERS, LP and Defendant BRENT WANSTREET (erroneously sued as BRENT WALLSTREET) are hereby dismissed with prejudice;

7. That Plaintiff will not hereafter amend his claim to add additional defendants in this matter, inclusive of substituting named defendants for Doe defendants; and

8. That no discovery requests served in the Superior Court of the State of California, San Joaquin County, Case No. 34-2015-00329551-CU-WT-STK, prior to removal remain in effect upon remand.

IT IS SO ORDERED.

Dated: 12/23/2015          /s/ John A. Mendez
                           UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

Firmwide:137703937.1 035955.1111          4.

JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND TO STATE COURT